896 A.2d 1260

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raymond WHITE, Petitioner.**

Supreme Court of Pennsylvania.

May 17, 2006.

## *ORDER*

PER CURIAM:

**AND NOW,** this 17th day of May, 2006, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court for it to reconsider this matter in light of Petitioner's amended PCRA petition which was docketed on April 5, 2004. Jurisdiction relinquished.